## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL CROPP<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>　　　　Defendants. | Case No.: 1:21-cv-01717-SAG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Cropp ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the only remaining defendant, hereby stipulate that Plaintiff's Complaint is dismissed with prejudice, with each party to bear their respective costs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 17, 2022

By:　　　　　　　　　　　　　　　　　/s/ Emanwel J. Turnbull
　　　　　　　　　　　　　　　　　　　Emanwel J. Turnbull
　　　　　　　　　　　　　　　　　　　CPF# 1606210269
　　　	　　　　　　　　　　　　　　 THE HOLLAND LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　914 Bay Ridge Rd, Ste 230
　　　　　　　　　　　　　　　　　　　Annapolis, MD 21403
　　　　　　　　　　　　　　　　　　　Telephone: (410) 280-6133
　　　　　　　　　　　　　　　　　　　Facsimile: (410) 280-8650
　　　　　　　　　　　　　　　　　　　eturnbull@hollandlawfirm.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing when filed through the Court's CM/ECF System to defendant's counsel of record, on February 17, 2022.

*/s/ Emanwel J. Turnbull*
Emanwel J. Turnbull
